IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICOLE MAHAN,

          Plaintiff,

v.          No. CIV 09-843 JB/RLP

FABIOLA TORREZ AND RELIANCE
STANDARD LIFE INSURANCE COMPANY,

          Defendant.
_____

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

          Third Party Plaintiff,

v.

JULIAN TORREZ,

          Third Party Defendant.
_____

### ORDER OF APPROVAL OF STIPULATION FOR SETTLEMENT AND DISMISSAL WITH PREJUDICE

      This matter having come before the Court upon the Stipulation for Settlement executed by counsel for the parties hereto, the Court having reviewed the Stipulation for Settlement and being other wise fully advised in the premises,

      It is therefore ordered that the Stipulation for Settlement be and is hereby approved, and that the above-referenced action be and is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Approved:


*/s/* Keith Franchini_____
Keith Franchini
Attorney for Plaintiff Nicole Mahan


*/s* Elizabeth Musselman_____
Elizabeth Musselman
Attorney for Defendant Fabiola Torrez
And Third Party Defendant Julian Torrez


*/s/* Regina Moss_____
Regina Moss
Attorney for Defendant/Third Party Plaintiff
Reliance Standard Life Insurance Company